**WILLIAM F. MARTSON, JR.**, OSB No. 72163
E-mail: rick@tonkon.com
Phone: (503) 802-2005
Fax: (503) 972-3705
**PAUL W. CONABLE**, OSB No. 97536
E-mail: paul@tonkon.com
Direct Dial: (503) 802-2188
Fax: (503) 972-3888
**ANIL S. KARIA**, OSB No. 06390
E-mail: anilk@tonkon.com
Phone: (503) 802-2110
Fax: (503) 972-3810
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204

Attorneys for Plaintiff Yakima Products, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| YAKIMA PRODUCTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS T. FELLER, an individual; and DTF ENTERPRISES, INC., a Missouri corporation,<br><br>Defendants. | Case No. CV07-0290-ST<br><br>**TEMPORARY RESTRAINING ORDER & ORDER GRANTING ACCELERATED DISCOVERY**<br><br>By Plaintiff Yakima Products, Inc. |

This matter having come on for hearing on plaintiff Yakima Products, Inc.'s ("Yakima") Motions for a Temporary Restraining Order and Accelerated Discovery, and the Court having reviewed plaintiff's Complaint, Memoranda of Law, and Declarations; it appearing to the Court that there is probable cause for sustaining the validity of the claims underlying plaintiff's Complaint; and it further appearing that there is substantial danger that defendants

PAGE 1 -  TEMPORARY RESTRAINING ORDER & ORDER GRANTING
ACCELERATED DISCOVERY

Douglas T. Feller ("Feller") and DTF Enterprises, Inc. ("DTF") have sold and transferred, or may soon sell and transfer property and assets to frustrate Yakima's remedies, and that they may continue to do so during the pendency of these proceedings unless restrained; and it further appearing that plaintiff agrees to file an undertaking in the amount of $100,000.00 as a condition to the effectiveness of this Order; now, therefore,

IT IS HEREBY ORDERED:

1. Defendants Feller and DTF, his and its agents, servants, employees, attorneys, and those persons in active concert or participation with him or it, are prohibited from encumbering, selling, removing, transferring, or otherwise disposing of any property, cash, or assets in which defendants Feller and/or DTF has an interest, either directly, indirectly, or in common or jointly with others, except as necessary for the ordinary, day-to-day operations of Defendants' businesses, household, and family. This Temporary Restraining Order will stay in effect through the conclusion of the Preliminary Injunction Hearing, which is to be held on Thursday, March 22, 2007, at 1:30 p.m.

2. The parties may require production of documents on or before Thursday, March 15, 2007, may proceed with depositions on or before Tuesday, March 20, 2007, and may require that documents be produced pursuant to subpoenas *duces tecum* within seven days of service.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

PAGE 2 -  TEMPORARY RESTRAINING ORDER & ORDER GRANTING
ACCELERATED DISCOVERY

3. Plaintiff shall file a Temporary Restraining Order bond in the amount of $100,000.00, which will remain in effect during the pendency of this Temporary Restraining Order.

DATED this 6th day of March, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

TONKON TORP LLP

By _____
William F. Martson, Jr., OSB NO. 72163
Paul W. Conable, OSB No. 97536
Anil S. Karia, OSB NO. 06390

032756\00009\747698 V001

PAGE 3 - TEMPORARY RESTRAINING ORDER & ORDER GRANTING ACCELERATED DISCOVERY